**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Elena Estrada,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Odyssey Services Incorporated,<br><br>　　　　Defendant. | No. CV-23-00501-TUC-CKJ<br><br>**ORDER** |

　　　　The Court dismissed this action on July 8, 2024, because Plaintiff failed to file an Amended Complaint to cure pleading deficiencies that were identified in a screening Order issued on February 8, 2024. (Order (Doc. 5)). On July 24, 2024, Plaintiff sought reinstatement, which was granted, and Plaintiff was given another 30 days to file an Amended Complaint. (Order (Doc. 8)). The Court informed Plaintiff that no further extensions of time would be granted to comply with the directives to file an Amended Complaint unless she could substantiate her assertions that mental health issues impeded her ability to comply with Court directives. *Id.* at 3. She was cautioned that failure to file

/////

/////

/////

/////

/////

an Amended Complaint would result in dismissal the action with prejudice. *Id.* at 2. Plaintiff again fails to file an Amended Complaint.

**Accordingly,**

**IT IS ORDERED** that this action is dismissed with prejudice, Fed. R. Civ. P. 41(b), and the Clerk of the Court is ordered to close it.

Dated this 9th day of October, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge

- 2 -